IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Vrej Ohannes Torosian | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4734 |
| v. | : | |
| Immigration & Naturalization Service | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

    Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                                            _____
                                            SUSAN R. BECKER
                                            Assistant United States Attorney
                                            615 Chestnut Street, Suite 1250
                                            Philadelphia, PA 19106
                                            Tel: (215)861-8310
                                            Fax: (215)861-8642

Dated: July 22, 2002

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

    Vrej Ohannes Torosian
    60 Eagleville Road
    Norristown, PA 19403

            _____
            SUSAN R. BECKER
            Assistant United States Attorney

Dated: July 22, 2002