IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VREJ OHANNES TOROSIAN
        Plaintiff,                     :              CIVIL ACTION
                                                         :
        v.                                            :
                                                         :
IMMIGRATION AND NATURALIZATION  :              NO. 02-4734
SERVICE
        Defendant.

## **O R D E R**

AND NOW, this ___ day of August, 2002, it is hereby ORDERED and DECREED that Petitioner, Vrej Ohannes Torosian, shall respond to the Government's response for Writ of Habeas Corpus on or before September 20, 2002.

                                                                                _____
                                                                                Legrome D. Davis, Judge

civil-o.frm (9/97)