IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VREJ OHANNES TOROSIAN,<br>      Petitioner | : <br>: <br>: | CIVIL ACTION |
| VS. | : <br>: | |
| IMMIGRATION AND NATURALIZATION SERVICE,<br>      Respondent | : <br>: <br>: | NO. 2:02-cv-04734 |

<u>ORDER</u>

AND NOW, to wit, this _____ day of _____, 2002, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The respondent is GRANTED a period of 45 days to produce evidence sufficient to prove that petitioner will be deported within the reasonably foreseeable future.

3. If the respondent fails to produce such evidence, the Petition for Writ of Habeas Corpus will be GRANTED and petitioner RELEASED from custody.

4. There is no probable cause to issue a certificate of appealability.

It is so ORDERED.

                                        BY THE COURT:


                                        _____
                                        LEGROME D. DAVIS            J.