IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VREJ OHANNES TOROSIAN | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| IMMIGRATION AND | : | NO. 02-4734 |
| NATURALIZATION SERVICE | : | |
| | : | |
| Respondent. | : | |

## **ORDER**

AND NOW, this      day of              , 2002, upon consideration of the Government's supplemental response to Petitioner Vrej Torosian's Petition for Writ of Habeas Corpus, and any response thereto, it is hereby ORDERED that the petition for habeas corpus pursuant to 28 U.S.C. § 2241, is DENIED AS MOOT, based upon the petitioner's release from custody on September 26, 2002.

BY THE COURT:

_____
LEGROME D. DAVIS
*Judge, United States District Court*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VREJ OHANNES TOROSIAN | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| IMMIGRATION AND | : | NO. 02-4734 |
| NATURALIZATION SERVICE | : | |
| | : | |
| Respondent. | : | |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO**
**PETITION FOR WRIT OF HABEAS CORPUS**

The United States of America, by its attorneys, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Susan R. Becker, Assistant United States Attorney for the District, on behalf of respondent, the Immigration and Naturalization Service ("the Service"), hereby files this supplemental response to Vrej Torosian's Petition for Writ of Habeas Corpus and moves the Court to dismiss the Petition as moot. In support of this supplemental response, the Service states as follows:

1. On November 27, 2001, an Immigration Judge ordered Torosian removed to Iraq based on his criminal convictions. On February 12, 2002, Torosian completed his criminal sentence for grand larceny in New York, and the Service took him into custody in order to carry out the process of removing him to Iraq. On March 22, 2002, the Board of Immigration Appeals denied Torosian's appeal, at which point his order of removal became administratively final.

3. On July 11, 2002, Torosian filed this habeas petition, challenging only his ongoing detention by the INS during the removal proceedings. He did not challenge the underlying merits or validity of his order of removal.

4. Philadelphia District Counsel for the INS has advised undersigned counsel that on September 26, 2002, the District Director released petitioner from INS custody on an Order of Supervision. Petitioner is currently residing at 6859 Camille Street, Boyton Beach, Florida, 33437.

5. Since the only issue petitioner raised in the habeas petition was his ongoing detention by the INS during the removal proceedings, and he has been released from INS custody, the Petition is now moot.

WHEREFORE, the government respectfully requests the Court to enter an Order denying the plaintiff's petition as moot and dismissing the petition.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

_____
JAMES G. SHEEHAN
Assistant United States Attorney
Chief, Civil Division

Dated: November  , 2002          _____
SUSAN R. BECKER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the   th day of November, 2002, I caused a true and correct copy of the foregoing Government's Supplemental Response to Petition for Habeas Corpus to be served by first-class mail, postage prepaid, upon the following:

        Mr. Vrej Ohannes Torosian
        6859 Camille Street
        Boyton Beach, FL 33437

        Pro se petitioner

_____
Susan R. Becker